**Opinion filed March 18, 2010**



In The

# Eleventh Court of Appeals

———————

## No. 11-10-00049-CR

_____

## IN RE BERNARD WASHINGTON

**Original Mandamus Proceeding**

### M E M O R A N D U M   O P I N I O N

Relator, Bernard Washington, has filed a pro se petition for writ of mandamus. In Trial Court Cause No. 07-6704, the jury convicted Washington of two counts of assault on a public servant. The jury assessed his punishment at confinement for ten years for the first count and five years for the second count. The trial court imposed one sentence of fifteen years in its written judgment. Relator asserts in his petition for writ of mandamus that the trial court erroneously stacked his five- and ten-year sentences to arrive at the fifteen-year sentence. In relator's direct appeal from his convictions in Cause No. 07-6704, we modified the trial court's judgment to reflect that the trial court imposed a ten-year sentence for the first count and a five-year sentence for the second count. *See Washington v. State*, No. 11-08-00250-CR, 2009 WL 1912763, at *2 (Tex. App.—Eastland July 2, 2009, pet. ref'd) (mem. op., not designated for publication). Therefore, relator's assertion is moot.

Relator also asserts that he is entitled to receive additional credit on his sentence for the time he served in jail during his appeal of the convictions in Cause No. 07-6704. Relator was an inmate in the Institutional Division of the Texas Department of Criminal Justice when he committed the offenses involved in Cause No. 07-6704. Under Article 42.08(b) of the Code of Criminal Procedure and the terms of the trial court's judgment in Cause No. 07-6704, relator's sentences in Cause No. 07-6704 will not begin to run until he completes the sentence he was serving at the time he committed the offenses in Cause No. 07-6704. *See* TEX. CODE CRIM. PROC. ANN. art. 42.08(b) (Vernon Supp. 2009). Therefore, relator is not entitled to additional credit for time served.

We deny relator's request for mandamus relief.


TERRY McCALL

JUSTICE


March 18, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.